No. 03–5165.  THORNTON v. UNITED STATES.  C. A. 4th Cir. [Certiorari granted, *ante*, p. 980.]  Motion of Shashank S. Upadhye for leave to file a brief as *amicus curiae* granted.

No. 03–6138.  PARKER v. OKLAHOMA.  Ct. Crim. App. Okla. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 978] denied.

No. 03–6423.  TRICE v. SMITH, WARDEN.  C. A. 6th Cir.  Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 1014] denied.

No. 03–6539.  JOHNSON v. CALIFORNIA.  Sup. Ct. Cal.  [Certiorari granted, *ante*, p. 1045.]  Motion of petitioner for appointment of counsel granted.  Stephen B. Bedrick, Esq., of Oakland, Cal., is appointed to serve as counsel for petitioner in this case.

No. 03–6821.  NELSON v. CAMPBELL, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir. [Certiorari granted, *ante*, p. 1046.]  Motion of petitioner for appointment of counsel granted.  Michael K. McIntyre, Esq., of Atlanta, Ga., is appointed to serve as counsel for petitioner in this case.

No. 03–6904.  DICKERSON ET AL. v. SNOW, SECRETARY OF THE TREASURY, ET AL.  C. A. 5th Cir.;
No. 03–6945.  KAFELE v. LERNER SAMPSON & ROTHFUSS, L. P. A., ET AL.  C. A. 6th Cir.; and
No. 03–7594.  KRIMSKY v. UNITED STATES.  C. A. 6th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied.  Petitioners are allowed until February 2, 2004, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.